Case 2:17-cv-01928-JCC Document 11-2 Filed 02/22/17 Page 2 of 29

Alleged other Related Claims And Complaints

All Outlined in the Next 17 Pages Written Statment Supports all Claims and IDentifus all attached Documents to My Claims.



12-22-17

I filed an appeal To Grievance #1137 where Captain Stires was telling me to go back and start the process again by kites to kitchen when my food was short.

I also filed a Grievance against Mitchell for holding the infraction hearing when his office wrote the infraction and he was part of the Process. I ~~getting~~ called it an unfair hearing as he could not be fair and impartial. (K)

They are Trying to Stop Me From Pursuing the Corrective Solutions to The many Problems by The memo Attached Attempting to Stop Me from Bringing their Abuse and Wrongs.
    Put me on Grievance restriction!

Parker is Trying to Stop Me from getting answers.

Case 2:17-cv-01928-JCC Document 14-1-2 Filed 02/02/18 Page 3 of 29

**SNOHOMISH COUNTY SHERIFF'S OFFICE**

INTEGRITY ★ DIGNITY ★ COMMITMENT ★ PRIDE

**Ty Trenary,** Sheriff

*Community First*

# M E M O R A N D U M

TO:     Ronald Brennan #1705723 4ND

FROM:   Classification Supervisor Parker *Parker*

DATE:   December 21, 2017

RE:     Grievance Abuse and Restriction

This memo is regarding your ongoing abuse of the grievance system. It has been established that you are abusing the grievance system. It is apparent that you had made no efforts to solve the issues to which you seek redress. This is evident by:

- The volume of grievances you file.
- The repetitive nature of these grievances.

It is evident that you are intent on continuing this abuse of the system and that standard corrective and disciplinary measures will not be successful in stopping this abuse. Therefore effective immediately, your access to grievance forms will be limited to 3 per week. These forms will be issued to you by classification staff each Tuesday and will be your total allotment of grievance forms for the week. You will receive your first allotment of three grievance forms on December 26, 2017.

CC:     Classification
        Medical
        Records

These are the Ships of
Paper I put out the door
to request supplies.

BRENNAN D-15

3-Yellow kites
1-Medical kite
~~2 Grievance Appeals~~ on restriction
~~2 Pencils~~ trade 2 out
Toilet Paper
THANK YOU

12-22—17

(1)

With the Schedule that this Jail Rotates the max status. I am only allow to call my lawyer 2 Times every 2 weeks. See Rec Schedule and the kites I Filed with the Replys— (Kites and grievance attached) (G)

The kitchen Staff Say one thing in one Kite Response And couple Days later the total oppisite. (See Enclosed kites & Grievance) (F)

I want Paper to write the Courts. By kite Response I am told to ask the module c/o. They Refuse Paper. So ase you can see I use the Backs of the Puzzle Papers that They Freely hand out. But not Blank Paper for Legal Work. (see attached) (J)

I have Enclosed the SCJ Inmate HandBook, And I have followed the rules and continue to be a model inmate. (B)

Since June 2017 I have Sent over 40 kites to medical Concerning the DVT BloodClot Problems without any resolution. I will Sign a Release of information allowing this Court to Request Copies of all them. This Jail Refuses to give me copies without Funds. They have them all Scanned into the System. (See Attached ) (D)

# PUZZLE 5

**ACROSS**
1. Holder for potatoes
5. Partner
9. Forehead
13. Fire leftovers
15. Smell
16. Ready to eat
17. Blockade
18. Skirts and blouses, e.g.
20. Turn left
21. Stinger
23. Happening
24. Repair
25. —— were the days
28. President's advisors
32. Exterior
36. Frosting
37. Accumulate
39. Blend
40. Narrated
41. Turn aside
42. Roue
43. Unit of work
44. Snow vehicles
45. Detroit player
46. Tennis shoe
48. Sincere
50. Young people
52. Tote
53. Hit
56. Common ailment
58. Soak
61. Custodian
64. Hand covering
66. Soon
67. Eat
68. Marine duck
69. Road curve

70. Lyric poems
71. Unlit

**DOWN**
1. Belt
2. Large continent
3. Masticate
4. Beer holder
5. Rock plant
6. Deft
7. Summit
8. Age
9. Atlanta players
10. Ceremony
11. —— sesame
12. Sunset spot
14. Embroidering
19. Pauses
22. Chopper
24. Discover
26. Husky-voiced

27. Evict
28. Summons
29. Squirrel food
30. Ship's bottom section
31. Inn
33. Likeness
34. Water controllers
35. Put forth
38. Club ——
41. Toward shelter
42. Wedding item
44. Trapshoot-ing

45. Plod wearily
47. Go to
49. Everything
51. Stage setting
53. Strike-breaker
54. Long, heavy hair
55. Press
57. Miners' finds
58. Carbonated drink
59. Again
60. Spruce up
62. Hubbub
63. Young goat
65. Pot cover

9

② 

See the attached kite telling me to write my lawyer if not able to access Phones. The Rec Schedule as outlined ONLY allows Buisness hours Phone access ⑥ Every other week on Tues & Thursday

The Sleep Deprivation Due to the Rec Schedule. The Deputy's WAKE you at all hours of the Night to see if you WANT Showers or go Out Side. For My Cell 4ND 15 ⓉT

Rec schedule
Monday         9:30 PM
*Tuesday       1:00 PM
Wendsday       12:00 AM
*Thursday      2:15 PM
Friday         3:00 AM
Saturday       5:30 PM
Sunday         8:30 AM

* My Allowable Times
to Call lawyer
↓

December 2017
19th, 21st

January 2018
2ND, 4th
16th, 18th
30th

These Times Reflect ONLY
1 hour out of Cell at Deputy
Discretion. Most times are less

## FISH TALES

PUZZLE 33

1. BIG ONE
2. BOATED ONE
3. CAST
4. CAUGHT LIMIT
5. CREEL
6. GONE FISHIN'
7. GOT A BITE
8. GOT AWAY
9. HOLE IN NET
10. LOST BAIT
11. LUCKY
12. NIBBLE
13. NO LUCK
14. NOT BITING
15. PULL LINE
16. REEF
17. REEL STUCK
18. RIVER
19. ROD BROKE
20. SECRET SPOT
21. SNAG
22. STREAM
23. SUNNY
24. TEN POUNDER
25. WRONG DAY
26. WRONG SPOT

JUMBO WORD-FIND PAD

68

③

My Food Service issues, They Short My Portians MANY times aweek, as soon as these colored lables were added it got a little Better But 3-4 times aweek It goes Back. I am a Soy free, They continue to add Package Items with Soy ingediants. Ⓕ When I Bring issue's up to the Working Deputy as Directed in Grievance I am told thats What was Sent thats all I get, Be it Short items or Items with Soy in them, The Days the orange highlighter is used the trays are wrapped AND full of all Items. When NO orange, There is No wrap on tray aND the Real meat is gone and other ITEMS Not on Regular trays. So The Trustee's are Stealing the Pile of Meat and Items in transit from kitchen to me. So When Short the Deputys Dont care or wont take action to get the tray issued again. They Cantine to Put MAYO and MARgerine in my Meals, Soy is in the ingediants.

See all the attached lites and Ⓕ grievances on food Service.

# FORBES

## PUZZLE 32

A word-search puzzle grid (word-find) with the following word list:

1. BUSINESS
2. CAPITALISM
3. DERIVATIVE
4. DIVIDEND
5. FINANCE
6. FUND
7. GUIDE
8. INCOME
9. INFLUENCE
10. INVESTMENT
11. LEADERSHIP
12. LISTS
13. MAGAZINES
14. MARKET
15. MEDIA
16. MONEY
17. PLAN
18. POWER
19. PUBLISHING
20. RATES
21. RISK
22. STEVE
23. STOCK
24. TRADER
25. VOLUME
26. WEALTH
27. YIELD

④

While Being transported to Court on 12-7-17
The move Cards are Carried, Deputy Chevaz
asked me infront of the other INMATES and
Deputy Barnett about all the keep Seperates,
Which many of those in Custody were in Same
Module when the Murder for Hire Stuff happened
and I was found out By Seattle Newspaper article.
Deputy Chavez made a big Deal out of the
Number keep Seperates. See the ENclosed
grievance. See Enclosed Appeal on Murder for Hire
I submitted the Appeal on 12-8-17 to Classification. Ⓘ

Counselor WAFster has a book program She
has Started, She has come to cell Door and
Leaves books at the Door for the Deputy to
exchange. The Deputy's are Lazy and want
to ProLong Punishment. They Refuse to Exchange
Books unless it is Rec time. Most of us
have already had our Time out that late in the
days. So The Books are Collected By the
trustee's and taken to Book Cart.
The Deputy's Will open Cuff Port to give
meals, Toilet Paper, Pencils or Clothes But
Refuse to give a Book a Staff member
left, because it might give us some
Pleasure or Peace of MiND. Ⓒ

Case 2:17-cv-01928-JCG-PD Document 14-1-2 Filed 02/02/17 Page 12 of 29

# How Do I Obtain Other Benefits After My Release?

## ◆ To restart TANF

To restart a TANF benefit, you must resume your role as caretaker for an eligible child and meet other requirements, such as the income limits and work requirements.

You should find out what is required to file your application for TANF benefits while you are still in jail, even though your request cannot be approved until after you are released and again caring for a child. Beginning the application process for TANF while you are still in jail or prison may speed up restarting your benefit.

Often you can use the same application form to reapply for TANF, Medicaid and Food Stamps. Contact your local social services office to find out how to do this.

If you are convicted of a drug felony, you may find that you are no longer eligible for TANF. States can end your TANF benefits permanently in these circumstances and 24 states do so.[3] Another 17[4] have requirements you must meet before TANF benefits can be restored, such as successful completion of a drug or alcohol treatment program.

## ◆ To restart Food Stamps

You can re-apply for Food Stamps while you are in jail, but you will not be eligible for them until you have been released. If you

---

cash benefit.

Before the date you expect to be released you can ask to have your SSDI checks restarted. There is no pre-release procedure for SSDI as there is for SSI, but when jails or prisons have Pre-Release Agreements for SSI they can also use them to help SSDI recipients.

Your first step should be to ask the jail or prison staff whether there is such an agreement. If so, ask to apply for SSDI benefits through it. This will make it easier for you to get a decision from Social Security and to get your check soon after you are released.

If the jail or prison does not have a Pre-Release Agreement, ask the staff if they know how you can restart your SSDI checks. If they do not, you can check the information about SSDI on Social Security's website at www.ssa.gov/disability/.

On the day you are released, go to your local Social Security office with identification and a document from the jail stating that you have been released. Social Security will also need to know where you want the checks mailed.

## ◆ To restart Veterans Disability benefits

You are eligible to receive your VA compensation or pension benefits on the day you are released. However, the VA may decide to schedule you for medical examination to see whether your disability has improved.

Visit or call your local VA office for help in restarting these benefits. Call 1-800-827-1000 to contact the regional office that handles your benefits. You need to provide a document to the VA stating that you have been released.

Before your release, you can ask jail or prison staff if they can assist you. They should be able to notify the Veterans Administration of your release. Benefits restart as soon as the

---

3   Alabama, Alaska, Arizona, California, Delaware, Georgia, Idaho, Indiana, Kansas, Kentucky, Maine, Massachusetts, Mississippi, Missouri, Montana, Nebraska, New Mexico, North Dakota, Pennsylvania, South Dakota, Tennessee, Virginia, West Virginia and Wyoming.

4   Arkansas, Colorado, Florida, Hawaii, Illinois, Iowa, Louisiana, Maryland, Minnesota, Nevada, New Jersey, North Carolina, Rhode Island, South Carolina, Utah, Washington and Wisconsin.

⑤

The cold weather is here in December, The Vents are Blowing cold Air all the time, And at night some officers will open the outside Rec Door and leave it open most the Night, Causing a wind tunnel of freezing cold air to circulate the entire floor.

Sleep Deprivation, at Night the Lights are left in the Bright Setting Because Sgt thomas ordered the lights to stay on. the Dim setting is still light Enough to Read a Book. and to sleep. See the Grievance.

Ⓗ

The Deputy's sit in a office at the END of the Tier, Late Night it is either loud music or watching movies on the Computers at High Volumes. When asked to turn Down, They Refuse to acknowlege Us. Deputy's Allen, Gross and Munson are the worst for these actions.
They make comments like
① If you Dont like it, Dont come to Jail.

Case 2:17-cv-01928-JCG Document 14-1 Filed 02/02/18 Page 14 of 29

✓ your Social Security number and proof of age;

✓ the names, addresses and phone numbers of doctors, hospitals and clinics that have treated you and when;

✓ the names of your medications;

✓ a summary of where you worked and the kind of work you have done; and

✓ a copy of your most recent W-2 tax form.

Social Security will also ask health care providers for your medical records and lab or test results.

For SSI, you will also need to show Social Security that your income and resources are below SSI limits.

You can apply for SSDI benefits (but not SSI) online at www.ssa.gov/applyfordisability. For SSI you have to go through the local Social Security office, either using the pre-release procedure or by having someone you trust visit Social Security on your behalf. You can also apply for SSDI through the local Social Security office if you wish, using form SSA-3368.

◆ **Veterans Disability Benefits** — If you do not receive these benefits and did not receive them before your arrest, you can begin the application process while you are in jail or prison. You use VA form 21-526, Veteran's Application for Compensation and/or Pension.

You can also apply online using the Veterans On-Line Application (VONAPP), at https://vabenefits.vba.va.gov/vonapp/.

## Medical Care

◆ **Medicaid** — You can apply for Medicaid while still in jail or prison. Ask jail or prison staff for information and application forms, or get them from your local social services office.

◆ **Food Stamps** — You cannot receive Food Stamps while you are in jail or prison.

## When I Am Released, How Do I Get My Disability Benefits Back?

Your SSI or SSDI benefits can be restored after your release and you will receive payment for any day you were eligible. However, your check may be delayed, depending on when you apply for reinstatement and how long Social Security takes to decide your claim.

If you are on SSDI, or if you are on SSI and have been incarcerated less than a year, you can begin the paperwork to restart your checks while still in jail or prison.[2] If you do, you are more likely to get your check soon after you are released.

If your SSI benefits stopped for more than 12 consecutive months, Social Security has terminated them entirely. This means you have to start the application process over again.

◆ **To restart SSI payments**

You can apply to have your SSI check restarted before the date you expect to be released from the jail or prison. This is called the "pre-release procedure."

Your first step should be to ask the jail or prison staff whether there is a "Pre-Release Agreement" between the jail or prison and the Social Security Administration. If there is, ask

---

1  The office where you apply for Medicaid, Food Stamps or TANF may be listed in the phone book as the Department of Social Services or Human Services, or the Welfare Office. We refer to it here as the social services office.

2  Technically, you can restart your SSI checks as long as your SSI was not been suspended longer than 12 consecutive months. Depending on the date of your arrest this can be a little more than one year. However, it can never be 14 months or more.

⑥

No matter how I follow the rules, outlined in the enclosed manual. This Jail and Staff members always find a away to justify their actions even when they are wrong. See all enclosed kites, Grievances and documented actions by many Snohomish County Jail employee's.

The History that has been well documented in this Jail continues to play out day to day by the actions of the employee's of Snohomish County Jail. The lack of accountability and Neglected corrections of the Problems will continue to be present until the courts and the powers to be held accountable for the wrongs committed by it employee's.

I have enclosed all the Documents I could retain and save. Please request a complete copy of the computer stored classification files Snohomish county Jail Retains on me.

Ronald John Brennan Jr.

#1705723 New Number.

#63044 Prior SCJ Number.



Arrested? What Happens to Your Benefits If You Go to Jail or Prison?

A Guide to the Federal Rules on SSI, SSDI, Medicaid, Medicare and Veterans Benefits for Adults with Disabilities

JUDGE DAVID L. BAZELON CENTER FOR MENTAL HEALTH LAW

Civil Rights and Human Dignity

⑦

I Personally Watched Two Deputy's here at SCJ. Deputy's HOPF and Nichlos, While Sitting at the Computer in G-1, go down the inmate Roster, Reading the Superforms, I Personally Saw My Superform UP on the Screen, And Was Able to Read the Name of My Co-defendant, and My Underage Victim. Minutes later, Deputy Nichlos got UP and went Directly to My Cell, Tore UP Cell G-132 and Confiscated everything. I had reciepts for All My Stuff, locked me down, Talked down to Me, Called Me a liar and Left me Locked Down for 3 hours. The next Night he had then written me up and Caused me another 3 hour Lock Down. All for a Extra Book in the Cell, That had been left there By the Person moving out 2 hours Prior. And When I asked the officer on the 2nd Day Why, She came back At end of the Night, after Now having 6 hours of lock Down, Told me she had talked to Deputy Nichlos and I would be locked down the Third Night for 2 more hours for Manipulation by asking why I was locked down that Night. This is Just an Example of how the SCJ Deputys allow their Personal feelings to interfer with the Job and Does Not allow for them to be Professional. Now a couple Nights a week Deputy Nichlos works Segregation as a Relief During Breaks, he come to the Cell Door and Makes coments about My being in the Right Place.

# Crossword 1



Solution on page 85

poetically

## DOWN

1. Cornfield sound
2. Pooh's friend
3. Yoko __
4. Boston hoopster
5. Israelites
6. Ooh's partner
7. Stove's compartment
8. Rights gp.
9. Ponytail material
10. Crafts
13. Country roads
19. Antonym of ques.
21. Beanie's kin
22. Like Kojak
23. Director Kazan
24. Solidifies
25. Hanging piece on a chandelier
28. Privy to (2 wds.)
29. Tumult
30. Antlered animals
32. Independence
35. Batter's ambition
36. Word after work or moral
37. Cpl.'s boss
38. Seventh __
41. Grain cover
42. Uncool, slangily
43. Place to learn CPR
44. D.C. figures (abbr.)
47. Quebec article
49. Lyrical poem
50. Shirt size (abbr.)
51. Syria (abbr.)

## ACROSS

1. Gator's cousin
5. Boxer's maneuver
8. "Now I get it!"
11. The very best (2 wds.)
12. Noble title
14. Audi product
15. Fleece
16. "Stop, Dobbin!"
17. Made a lamp work
18. Professors' aides (abbr.)
20. Comes into, as debt
22. Get started
25. Petition
26. Actor Guinness et al.
27. Breathe
31. Like Capp's Abner
32. Evergreen tree
33. None whatsoever
34. Sprinters
37. "All __ Up"
39. Particular thing
40. Ladies' partners
41. Actress Danner
44. Bus depot (abbr.)
45. Aries
46. Unoccupied
48. Encyclopedia units (abbr.)
52. Gremlin co.
53. "Barton Fink" director Joel
54. Jittery
55. Teacher's gp.
56. Authors' submissions (abbr.)
57. At no time,

⑧

ON 12-10-17 I asked Deputy Rhodes for a INMATE Grievance form. He asked Why and I Explained that I wanted to Appeal my Grievance on the Housing and Max status. Ⓙ

He Refused to Allow me the form, Stating, "Just Because you did Not like the Answer was Not a good Enough reason to Appeal"

When I Explain that this was Part of my legal right to Appeal for my Civil Rights complaint he refused and walked away.

I waited until the next Shift and got two forms, One to File the Appeal to Classification and one to file about Being DeNied the form By Deputy Rhodes. See ENclosed grievance. Ⓙ

I have written to Mental Health, MHP Hoover MANY kites. He Refuses to answer Any kites, he finally came to Cell Door to ask what I Need, SNohomish county Jail Does Not offer any treatment to Deal with Isolation, grief or Suicide thoughts. The Restrain you as a form of treatment. I asked for this in Writing. Refused Ⓔ

I request Records and Submitt the Proper forms. He claim they never received them. (See Attached) Ⓙ The Tell me they will Supply Envelopes to Mail this Complaint. Been asking for a week. No Envelope

Need a NotorAry for PoA. Been a week (See grievance) Ⓙ No Been INfracted Seg Attached

# Crossword 4



Solution on page 85



Case 2:17-cv-01928-JCG Document 14-1 Filed 02/02/18 Page 20 of 29

**DOWN**
1. Ghost __ chance (2 wds.)
2. "Champagne" bandleader
3. Last show (2 wds.)
4. Author Harte
5. Cape Cod's ocean (abbr.)
6. "The __ West" (2 wds.)
7. Wolfish fellows
8. Johnny of "Benny & Joon"
9. Snaky creatures
10. "__ King"
12. Well
18. Graceful tree
20. Business abbr.
22. Storms
23. Besides
24. Mon. follower
25. Lair
26. Utmost
27. Eastern ideal
28. ID digits
30. Vintage luxury car
33. Abolish
34. Victorian __
36. Pact partner
37. Screen
38. Designer Cassini
39. Bakery buys
40. Eve's abode
41. Financial adviser (abbr.)
43. Expression of disgust
45. Ticked off

**ACROSS**
1. Cries of pain
4. Cry noisily
8. __ Plaines
11. Not many
12. Musician Shaw
13. Scared one's shout
14. __ king (2 wds.)
15. Ball beauty
16. Paper layer
17. Genuflected
19. Sink problems
21. Stealthy
22. Dancer Verdon
23. Tiny particle
25. Tonsorial specialties
29. Cloisters resident
30. Dosage units
31. "Viva __ Vegas"

32. Reduced in dignity
34. Where the princes schooled
35. Freezes
36. Jackie's second husband
37. Russian liquor
39. Condemn
41. Animation frame
42. Terrible
44. Naval rank (abbr.)
46. Key lime __
47. Drizzly
48. Lipton drink
49. Branch of mathematics (abbr.)
50. Hides gray hairs
51. Final curtain

8    Simple Crosswords

⑨

AS you can See By the SNohomish County
Correction Bureau. With the Date of 12-12-17
ADDressed To WAfstet, Classifcation. **Kite**

Item # 4 on my request
Need IJT Eval and referal.

**IJT** = IN JAil Treatment Provided By
Evergreen mANor.

The response. Not Elegable do to 4N and Possible
Prison.

4N = 4 ND Segrlaation - MAX Status

By Housing me in MAX Stautus, NO INfractions
No Sanctions
I am DeNied Treatment and other life
Changing Programs as other INMATES. ⓒ
No INfractions to Jostify Housing in MAX
I asked iNMAte FUNDS / Accounts to issue a
Certified copy of My INMAte account. And I
have waited over 10 Days to recieve this. I
Sent 3 kites, And asked Mitchell in Classifcatin
to get this, he said he Would EMAil a request,
No Response. (See Grievance Attached to
iN formA PauPris)

78

Classification WAFStet, I requested by kite
Legal Envelopes to My lawyer Jon Scott, and
My Power of attorney Sherry WAMba - PoA. Also
requested Envelopes that I wanted to request
My military file. When I recieved The Envelopes
I Enclosed My legal Papers, Release resource
list and Letter to Sherry WAMba My POA, with
requests for her help in Some Release help. I also
took another legal Eavelope that WAFstet had
Provided at an Earlier date that Did not Get Used.
And I re-addressed it to US Army, Military Record
in St. louis. Mo. Now Infracted (K)

Both These Envelopes were Confiscated out of
the mail By Jail Staff. WAFStet told me that
She has Spent all Day and her Superviser told her
to Infract me for These Envelopes. The PoA.
Sherly WAMba is not an attorney, And that
I had Readdessed another Envelope. After SuppLing
the Envelopes. They Justify infraction. (K)

The Confiscated Envelopes were Refused to
be returned. I asked for The legal Papers
So I Couid Re-mail in another Envelope.
She Refused My PaPers Back. Stating they
Wouid be Placed in My Property and only
at release Couid I Get them.
This Jail and Staff are Doing Everything



They Can to stop me in my legal Efforts and Now will Use this to Keep me locked in MAX status longer.

(K)

All These Problems are Years of accumilated Problems with Staff in this Jail.

IN 1992 Honorble Judge Castleberry ordered a Daily TRO that went over 90 Days while serving a Sentence. So Each Day the Jail had to Process in and Out for a TRO 5 hours Daily, 7 Days a week Medical Visits And Hot tub,

IN 1996 I was Booked into Jail for Multible counts of Child Sex 3°, This Case was Very High Profile. I Spent 24 Months in Jail Before Being Sent to Prison. At that time after MANY Infractions I Spent 7 Months in Isolation/Segrigation. MANY Of the Same Staff are here. None Of the Infractions were Of ANYthing Violent or any fights. I left December 8, 1998.

Since 1998 I have been booked into SCJ 23 Times. No INfractions, No Problems, But the Staff here continue to Do this to me. And What ever Small reason they continue to do the worst to me.

When a Classifcation Counselor Hennessy would allow me to GP or PC TANK, aNother one steps in and moves me to Segrigation.
This Needs To Stop. I Beg the Court to help.

August 18th 2017, I requested Protective Custody Due to the Seattle Newspaper That Stated that Ray Jalo had Been Charged with Solictation to Commit Murder one, and Bail Set at 1 million. The artical also Stated that information provided by his Cell MAte. That was me. I was Threatened, By 8 Inmates and I was assuaited in my Cell. After Moved to P.C. I requested a keep Seperate on all 8 inmates and that was Done. Ⓚ

Also as a result All of my Commisary was Stolen or Lost. I filed a Tort Claim against the Jail for allowing the Property to be Stolen or Lost. ON September 27th; Snohomish County Risk management, agreed that the Jail was at fault and on 10-31-2017 Paid me the Sum of $99.80 for my tort Claim against the Jail. (See inmate accout Sheet attached) And Just a few day later I am buried in the Hole and was told I am stuck here for my Duration. Snohomish County Risk management has a Copy of at the tort Claim Paperwork.

Classifcation Supperviser Parkes Responded to A Grievance, She States Due to keep Seperate issues and Recent INappropiate Behavior, I am appropiatly housed. (Attached Grievance)

I appealled this grievance (attached) as I Ⓒ have Not Been Infracted or any Prea investigating about My Being here.

I was Told By Classifcation Mitchell on 11-17-17 that an anounouse kite had Been written and they Moved me for my Safety. See my appeal to Classifcation on what huppened. (attached) Ⓒ

The only infraction Since 1998 was issued on 12-15-17 See attached Ⓚ

The Showers That were forced to use. Actually (1) Shower for 40 inmates (20) each day.

The Showers Never get Cleaned or Scrubbed the floors and The 5" Base board is Thick with growing Bacteria. Shower Stinks
This Presents A Direct Health Hazzard. (N)
I have a Severe Case of Athlete foot on set December 13, 2017 That Medical Will Not Treat. (D)

See Kite to Commissary (no cream to indisent) (D)

ON 11-13-17 I MAde a Phone Call To 425-353-1888 And Spoke to Suzzett At Everett Bonding Company. I advised her that there were Deputy's Recommending One Certain Bonding company to the inmates in the INtake Module.
ON the recorded Phone Call I Told her that Deputys, Wright, Kennon, Oberg Kohler, Nicholas Were Constantly recomended ALLADIAN Bail Bonds.

Case 2:17-cv-01928-JCC Document 14-1 Filed 02/02/18 Page 26 of 29



The Next Day I WAS infracted for a rule violation #208 Sharing My Phone With INMATE BUCK Who Needed to Call a bond company to get released Suzzett Called the Jail to Complain about this Practice as the Deputys are Not allowed to advocate for any Bond Company. IN the Past Corrupt Dealings With BONDS MAN and Jail Staff With Cash Kickbacks Call Suezett at 425-353-1888. I advised her of this Civil Right Complaint.

Due to the Phone call it is another one of the Hidden issues That this Jail Uses to keep me hidden in the Hole.

When I asked for The employee Numbers of The Defendants That Was Denied and Told to Public Disclose (See Attached Kite of Defendants)

I continue to ask for Basic Health Care and it is Refused daily. Even for Simple Problems.



12 - 18 - 17

MHP Merkel Came to my Door,
Talking About Putting me on Suicide
Watch.

After Proving to her that it was an
Appeal to my MAX Status I had the
Chance to adress my other issues. No Answer
by Mental health to kites or to Discuss
Mental Health issues.

She went on to Explain.
They Don't Come to the 4th Floor Segregation
to Do any mental Health Discussions or
help. People are Not here long enough
to get into a Personel Level and have
Effective Treatment.

And there are No Place to meet up here
Except at the cell Door and that has No
Privacy.

I Suggested Cuffed up at Medical in
Exam Room. She Said Mental health
is Not allowed to meet in Medical. No
Authorization from Custody.

I Explained that is totally Bogus as
IDeal Balance, Evergreen Manor Drug Eval
Places meet there all the time. And this
Jail is Equiped with 16 Private/Professional
Visit Rooms used By lawyers, Polygraphers,
Drug evals ect Ect. She said No



To this.

Mental health really has no function at this Jail except to Sign Papers Placing or Removing Inmates from Suicide Watch.

This goes right along with the lack of Professional medical help. This Jail lacks in every Medical or mental health Department.

I explained to her that I am 6months Clean from Drugs but still hear voices and see Shadow People. Her Response Was "So what every body here is a Drug addict" "What Do you want us to do?"

This Woman told me she worked at the Department of Corrections SOU. Prior to working here.

She has no intentions of helping a Person and is only at SCJ to Collect a Pay Check and to do Nothing that falls under the title of M.H.P.

I can get Not one helping MHP While in Custody.



When I was booked into Snohomish
County Jail on June 15, 2017
Deputy HopF #6312 was the Deputy to
Make first Contact with Me, To Remove
the Handcuffs.
Millcreek Uniformed Transport officer told
HopF, "He is Being Booked for Rape III."
HopF looked At me and Said
"Whats The, matter Brennan, The First time
through Twin Rivers Didn't work"?

Twin River's is the Washington State
Department of Corrections Sex offender
Treatment Unit.

HopF And I had Problems in the Past,
He was My Booking Deputy this Night,
He Started my Process Shortly after
4 pm, And slow walked me Until
11:45 pm and Then Sent Me to Max
Segration on 4SA.

These Deputy's Allow Their Personal
feelings to get in the Way of their
Job as a Professional And it
Effects the Way th treat US on
a Daily Basis.