UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD BRENNAN JR.,

    Plaintiff,

v.

ANTHONY ASTON, et al.,

    Defendants.

Case No. C17-1928-JCC-JPD

ORDER DENYING MOTION FOR CORRECTION TO DOCKET AND MOTION TO COMPEL WITNESS STATEMENTS

This is a 42 U.S.C. § 1983 prisoner civil rights action. Currently before the Court are plaintiff's motion for correction to docket, Dkt. 51, and motion to compel witness statements, Dkt. 52. Having considered the motions, the balance of the record, and the governing law, the Court finds and ORDERS:

(1) Plaintiff's motion for correction to docket, Dkt. 51, is DENIED. Plaintiff asks the Court to change the caption in this action because Anthony Aston is no longer a defendant. The caption, however, remains the same throughout a case regardless of whether the first-named defendant is dismissed.

(2) Plaintiff's motion to compel witness statements, Dkt. 52, is DENIED. Plaintiff asks the Court to compel witness statements from 40 people and to grant plaintiff permission to

1 communicate with other inmates. Plaintiff is responsible for issuing his own discovery requests;
2 it is not the Court's responsibility. Discovery requests should be sent directly to parties or
3 witnesses and should *not* be filed with the Court. If a defendant or witness does not respond to
4 plaintiff's discovery requests, plaintiff must comply with the requirements of Western District of
5 Washington Local Rule LCR 37 before filing a motion to compel. After defendants file an
6 answer to the operative complaint, the Court will set a deadline for completing discovery. If
7 plaintiff has difficulty conducting discovery due to rules regarding communication with other
8 inmates, he should attempt to resolve this problem directly with counsel for defendants before
9 seeking assistance from the Court.

    (3)    The Clerk is directed to send copies of this order to the parties and to the Honorable John C. Coughenour.

Dated this 13th day of September, 2018.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER DENYING MOTION FOR
CORRECTION TO DOCKET AND
MOTION TO COMPEL WITNESS
STATEMENTS - 2