UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD BRENNAN JR.,

          Plaintiff,

v.

ANTHONY ASTON, et al.,

          Defendants.

Case No. C17-1928-JCC-MLP

ORDER DIRECTING CLERK TO RE-NOTE PLAINTIFF'S MOTION FOR EXTENSION OF TIME

This is a 42 U.S.C. § 1983 prisoner civil rights action. The discovery deadline is currently June 28, 2019, and the dispositive motions deadline is July 29, 2019. (Dkt. # 218.) Defendant Hatchell's and Defendants Machyo and Chavez's separate motions for summary judgment (dkt. ## 192, 193) have been re-noted to June 7, 2019 (dkt. # 218).

On May 30, 2019, Plaintiff filed a motion for extension of all deadlines until November 2019, asserting that because he has been temporarily transferred from the custody of the Department of Corrections ("DOC") to the King County Jail, he does not have access to his legal files or research. (Dkt. # 220.) On June 3, 2019, however, Plaintiff filed an opposition to the pending motions for summary judgment. (Dkt. # 221.) On June 7, 2019, Defendant Hatchell filed an opposition to Plaintiff's motion for extension of time, arguing that his motion should be

ORDER DIRECTING CLERK TO RE-NOTE
PLAINTIFF'S MOTION FOR EXTENSION OF
TIME - 1

denied because his response to the motions for summary judgment demonstrate that he has sufficient ability to litigate while at the King County Jail. (Dkt. # 224.) Defendant Hatchell also argues that Plaintiff did not point to any specific item that he is missing that prevented him from appropriately responding to the motions for summary judgment. (*Id.*)

Defendant Hatchell's opposition brief was untimely. Under the Local Civil Rule 7(d)(2), his brief was due on Wednesday, June 5, 2019, but he did not file it until the noting date of Friday, June 7, 2019. Because Plaintiff did not have an opportunity to file a reply brief, the Court DIRECTS the Clerk to RE-NOTE Plaintiff's motion for extension of time (dkt. # 220) for **June 21, 2019**. Plaintiff should file a reply brief by June 21, 2019, that addresses the issues Defendant Hatchell raises and also explains to the Court how frequently he is able to access the law library at the King County Jail, what legal documents he currently has access to, and what documents he does not currently have access to that he believes are necessary to litigating this action.

The Clerk also is directed to send copies of this order to the parties and to the Honorable John C. Coughenour.

Dated this 11th day of June, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge