THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD BRENNAN, JR.,

        Plaintiff,

    v.

ANTHONY ASTON *et al.*,

        Defendants.

CASE NO. C17-1928-JCC

ORDER

This matter comes before the Court on the report and recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. No. 232). Plaintiff has not filed objections to the report and recommendation. Having thoroughly considered the report and recommendation and the relevant record, the Court finds oral argument unnecessary and hereby ORDERS that:

    1.    The report and recommendation (Dkt. No. 232) is ADOPTED.

    2.    Deputy Hatchell's motion for summary judgment (Dkt. No. 192) is GRANTED and the only claim against him in this lawsuit is DISMISSED with prejudice.

    3.    Deputy Machyo and Deputy Chavez's motion for summary judgment (Dkt. No. 193) is GRANTED in part and DENIED in part. The motion is GRANTED as follows: (a) Plaintiff's First Amendment retaliation claim against Deputy Machyo is DISMISSED with prejudice; (b) Plaintiff's Fourteenth Amendment failure to protect claim against Deputy Chavez

is DISMISSED with prejudice; and (c) Plaintiff's claim for compensatory damages against Deputy Machyo is DISMISSED with prejudice. The motion is DENIED as to Plaintiff's Fourteenth Amendment failure to protect claim against Deputy Machyo.

4. The Clerk is DIRECTED to send copies of this order to the parties and to Judge Peterson.

DATED this 16th day of October 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE