THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD BRENNAN JR., | CASE NO. C17-1928-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ANTHONY ASTON, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' unopposed motion for relief from the deadline to submit a joint status report (Dkt. No. 298). Having thoroughly considered the motion and relevant record, and finding good cause, the Court hereby GRANTS the motion and ORDERS that the deadline for the parties' joint status report is continued to August 20, 2021.

DATED this 19th day of August 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C17-1928-JCC
PAGE - 1