UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD BRENNAN JR., <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY ASTON, *et al.*, <br><br> Defendants. | Case No. C17-1928-MLP <br><br> ORDER |

Plaintiff Ronald Brennan Jr. ("Plaintiff"), proceeding *pro se*, filed this 42 U.S.C. § 1983 civil rights action while a pretrial detainee at the Snohomish County Jail. This matter comes before the Court on Plaintiff's motion requesting the Court to issue an order to the Washington Department of Corrections ("DOC") to allow Plaintiff 10 boxes of legal documents containing his discovery in this matter. ("Plaintiff's Motion"). (Dkt. # 302.) Defendants have not filed a response and Plaintiff did not file a reply.

Plaintiff is currently housed at the Monroe Correctional Complex-Twin Rivers Unit ("MCC") in Monroe, Washington. (Dkt. # 302 at 1.) Plaintiff's Motion notes that, since the filing of this action, Plaintiff has been transferred between several DOC locations, the Snohomish County Jail, and the King County Jail and that he has not been allowed to retain or keep his legal

ORDER - 1

documents during these transfers. (*Id.*) Due to his multiple transfers, Plaintiff indicates that he has stored all of his legal documents and discovery concerning this case at a location in Everett, Washington, with his power of attorney. (*Id.*) Therefore, Plaintiff's Motion requests that he be allowed to ship 10 boxes of legal documents from the location in Everett to the MCC and that he be allowed to retain those documents throughout his trial preparation and the duration of trial. (*Id.* at 2.)

Based on Plaintiff's Motion (dkt. # 302), and Defendants' lack of opposition, the Court hereby ORDERS that Plaintiff is authorized to ship his 10 boxes of legal documents and discovery to MCC, and that the DOC shall allow Plaintiff access to those legal documents and discovery so that he may prepare for trial. The Court further ORDERS that the DOC is permitted to determine where Plaintiff's legal documents and discovery are stored at the MCC and the time and manner in which Plaintiff is to have access.

The Clerk is directed to send a copy of this Order to the parties, the Washington Attorney General's Office, and to MCC Superintendent Eric Jackson.

Dated this 30th day of August, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2