The Honorable Michelle L. Peterson

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| RONALD BRENNAN JR., <br><br> Plaintiff, <br><br> vs. <br><br> ANTHONY ASTON, et al, <br><br> Defendants. | NO. 17-1928-JCC-MLP <br><br> JOINT STIPULATION AND ORDER OF DISMISSAL <br><br> NOTE ON MOTION CALENDAR: <br> January 7, 2022 |

## STIPULATION

COMES NOW Defendants Jon Crew, Collins Machyo and Stuart Nicholas, by and through their counsel of record Bridget E. Casey and Plaintiff Ronald Brennan, Jr. and hereby stipulate that the above matter will be voluntarily dismissed with prejudice and without costs or fees to any party.

DATED: December 3, 2021.

By: *[signature]*
RONALD BRENNAN, JR.
Plaintiff, Pro se

DATED: January 7, 2022.

ADAM CORNELL
Snohomish County Prosecuting Attorney

By: *[signature]*
BRIDGET E. CASEY WSBA No. 30459
Deputy Prosecuting Attorney
Attorney for Defendants

JOINT STIPULATION AND ORDER OF DISMISSAL -1
CASE NO. 2:17-CV-01928

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

## ORDER

This matter having come on before the undersigned judge of the above-entitled court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED that Plaintiff's complaint against Jon Crew, Stuart Nicholas and Collins Machyo is dismissed with prejudice and without costs or fees to any party.

DATED this 10th day of January, 2022.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

*Presented by:*

ADAM CORNELL
Snohomish County Prosecuting Attorney

By: _Bridget Casey_
BRIDGET E. CASEY, WSBA No. 30459
Deputy Prosecuting Attorney
Attorney for Defendants

*Approved for entry; notice of presentment waived:*

By: _____
RONALD BRENNAN, JR.
Plaintiff, Pro se

JOINT STIPULATION AND ORDER OF DISMISSAL -2
CASE NO. 2:17-CV-01928

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333